# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| RANDELL L. BROWN, Register No. 179887, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-4414-CV-C-NKL |
| ) | |
| KELLY DILLS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 27, 2006, the United States Magistrate Judge recommended dismissing the claims plaintiff seeks to bring on behalf of his son, Joshua Brown. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including plaintiff's amended complaint filed on February 28, 2006. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted. Merely identifying his son, Joshua Brown, as a plaintiff is insufficient for Randell Brown to proceed on his son's behalf. Joshua Brown did not sign the original or amended complaint and has in no manner sought to be represented by this action. Moreover, the claims of Joshua Brown are duplicative and he lacks standing to litigate.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's February 27, 2006 Report and Recommendation is adopted [9]. It is further

ORDERED that the claims of Joshua Brown are dismissed.

/s/
NANETTE K. LAUGHREY
United States District Judge

Dated: May 8, 2006
Jefferson City, Missouri