**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

RANDELL L. BROWN, Register No. 179887,   )
   )
              Plaintiff,   )
   )
            v.   )      No. 05-4414-CV-C-NKL
   )
KELLY DILLS, et al.,   )
   )
             Defendants.   )

## ORDER

On April 25, 2006, the United States Magistrate Judge recommended that the motion of CMS defendants Conley, Leach and Sulltrop to dismiss be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's April 25, 2006 Report and Recommendation is adopted [32]. It is further

ORDERED that the motion of CMS defendants Conley, Leach and Sulltrop to dismiss is denied [13].

/s/
                        SCOTT O. WRIGHT
                        Senior United States District Judge

Dated: July 25, 2006
Kansas City, Missouri