## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| RANDELL L. BROWN, Register No. 179887, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-4414-CV-C-NKL |
| ) | |
| KELLY DILLS, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On October 24, 2006, the United States Magistrate Judge recommended that defendants' motion of June 20, 2006, to dismiss be granted with regard to plaintiff's equitable claims and claims brought against the Missouri Department of Corrections and the Missouri Board of Probation and Parole under 42 U.S.C. § 1983, and denied with regard to plaintiff's claims under the Americans with Disabilities Act and Rehabilitation Act. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's October 24, 2006 Report and Recommendation is adopted [87]. It is further

ORDERED that defendants' motion of June 20, 2006, to dismiss is granted with regard to plaintiff's equitable claims and claims brought against the Missouri Department of Corrections and the Missouri Board of Probation and Parole under 42 U.S.C. § 1983, and denied with regard to plaintiff's claims under the Americans with Disabilities Act and Rehabilitation Act [52]

/s/
NANETTE K. LAUGHREY
United States District Judge

Dated: November 29, 2006
Jefferson City, Missouri