IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| RANDELL L. BROWN, Register No. 179887, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-4414-CV-C-NKL |
| ) | |
| KELLY DILLS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 13, 2007, the United States Magistrate Judge recommended that defendants' motions for sanctions be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of February 13, 2007, is adopted. [107] It is further

ORDERED that defendants' motions for sanctions are denied [90, 91].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: March 13, 2007
Jefferson City, Missouri