IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| RANDELL L. BROWN, Register No. 179887, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-4414-CV-C-NKL |
| ) | |
| KELLY DILLS, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On June 19, 2007, United States Magistrate Judge William A. Knox recommended that the motion of defendants Conley, Leach and Sulltrop for summary judgment be granted in their favor. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of June 19, 2007, is adopted. [113] It is further

ORDERED that the motion of defendants Conley, Leach and Sulltrop for summary judgment is granted and plaintiff's claim against these defendants are dismissed. [110]

/s/ Nanette Laughrey

NANETTE K. LAUGHREY
United States District Judge

Dated: 9-21-07
Jefferson City, Missouri